# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2118

_____

Dwight Pulley

*Plaintiff - Appellant*

v.

UnitedHealth Group Incorporated

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: December 23, 2013
Filed: December 30, 2013
[Unpublished]

_____

Before WOLLMAN, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Dwight Pulley appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action.[2] We find no valid basis--and Pulley offers none--for overturning the district court's well-reasoned decision. The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.

[2]We decline to consider the claims Pulley has waived on appeal, see Marksmeier v. Davie, 622 F.3d 896, 902 n.4 (8th Cir. 2010), as well as the allegations, claims, and exhibits he offers for the first time on appeal, see Stone v. Harry, 364 F.3d 912, 914-15 (8th Cir. 2004) (new allegations and claims); Griffin v. Super Valu, 218 F.3d 869, 871 (8th Cir. 2000) (new documents).